THE EVANSVILLE, INDIANAPOLIS, AND CLEVELAND STRAIGHT LINE RAILROAD COMPANY v. WAMPLER.

APPEAL from the *Monroe* Circuit Court.

*Per Curiam.*—This case should be again tried, in the light of the rulings in the case of the *Evansville, etc. Company* v. *Drum*, 17 Ind. 603, which, in most material respects, is similar to this case.

The judgment is reversed, with costs. Cause remanded for a new trial.

*Rand* and *Hall*, and *W. R. Harrison*, for the appellant.
*W. V. Burns*, for the appellee.